**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

IN THE BANKRUPTCY MATTER OF:

Matthew T. Burke

Debtor(s)

Chapter 7   No.   13-80723

Judge    Thomas M. Lynch

Hearing Date

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

To:   Matthew T. Burke            Daniel Donahue            Bruning & Associates
      1092 Heartland Gate         P.O. Box 2903             333 Commerce Dr.
      Lake in the Hills, IL 60156 Rockford, IL 61132-2903   Suite 900
                                                            Crystal Lake, IL 60014
                                                            kbruning@bruninglaw.com

PLEASE TAKE NOTICE that on May 29, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Thomas M. Lynch in Room 3100, 327 South Church Street, Rockford, Illinois 61101, and present the attached motion, at which time and place you may appear if you wish.

/s/John C. Crees
John C. Crees

**PROOF OF SERVICE**

I, the undersigned, an attorney, certify that I served the Debtor(s) by regular mail at the address above, and Bruning & Associates and Daniel Donahue through the Court ECF system on or before May 15, 2013.

/s/John C. Crees
John C. Crees

John C. Crees, ARDC #06299569
Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re:

*Matthew T. Burke*,

          Debtor(s).

Chapter 7
Case No. 13-80723

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(REAL PROPERTY)**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-11CB MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-11CB ("MFRR") ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 1092 Heartland Gate, Lake in the Hills, IL, 60156 (the "Property"). The Required Statement is attached hereto as Exhibit "D", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

    1.    A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on 3/6/2013.

    2.    The Debtor(s) has/have executed and delivered or is/are otherwise obligated with respect to that certain promissory note in the original principal amount of $137,600.00 (the "Note"). A copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Mortgage (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit "B".

4. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to that certain assignment of mortgage, a copy of which is attached hereto as Exhibit "C".

5. As of the 03/08/2013, the outstanding amount of the Obligations is: $141,114.50.

6. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred $726.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor(s):

| Number of Missed/Delinquent Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 4 | 12/01/2012 | 03/01/2013 | $1,133.37 | $4,533.48 |

Total: **$4,533.48**

8. The estimated market value of the Property is $100,841.00 . The basis for such valuation is the Debtor's schedules.

9. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $175,343.50.

10. Cause exists for relief from the automatic stay for the following reasons:

(a) Movant's interest in the Property is not adequately protected.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

April 11, 2013,

/s/John Crees

John Crees, Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
312/201-6727